William J. GILLESPIE, Plaintiff-
Appellant,

v.

The EMPLOYERS FIRE INSURANCE COMPANY, Defendant-Appellee.

No. 72–3271
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Feb. 15, 1973.

Jack Martin, Lubbock, Tex., for plaintiff-appellant.

Norman L. Nevins, Donald M. Hunt, Lubbock, Tex., for defendant-appellee.

* Rule 18, 5 Cir.; Isbell Enterprises, Inc. v. Citizens Casualty Company of New

York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

Before GEWIN, COLEMAN and MORGAN, Circuit Judges.

PER CURIAM:

This Court, having carefully reviewed the evidence presented to the District Judge below sitting without a jury, we find the District Court's memorandum of Findings of Fact and Conclusions of Law to be correct, and the judgment is hereby

Affirmed.